E.‚V. K. Hopkins, Appellant, v. Mrs. H. M. Scruggs et al., Appellees.

An Appeal from the Circuit Court for Palm Beach County.

Appeal dismissed on motion of counsel for the respective parties.

*Frank A. Pettibone,* for Appellant.

*Raymond Yoemans,* for Appellee.

---

W. D. Houston, Appellant, v. John Q. Adams et al., Appellees.

An Appeal from the Circuit Court for Okaloosa County.

Appeal dismissed on motion of counsel for Appellant.

*Walter Kehoe,* for Appellant.

---

Ocala Lime Rock Company, a corporation, Appellant, v. State Road Department of Florida, Appellee.

An Appeal from the Circuit Court for Marion County.

Appeal dismissed on motion of counsel for Appellant.

*L. W. Duval* and *H. M. Hampton,* for Appellant.

*Martin & Hocker,* for Appellee.